Chief District Judge Ricardo S. Martinez

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12 | EZZEDDIN EZZEDDIN,

13

Plaintiff,

14 | v.

15 | CHAD WOLF, *et al.*,

16

Defendants.

CASE NO.  C20-1359RSM

JOINT STIPULATION AND
ORDER HOLDING CASE IN
ABEYANCE

Noted for Consideration on:
**December 11, 2020**

17

18

**JOINT STIPULATION**

19      On September 14, 2020, Plaintiff filed a complaint seeking an order from this

20 Court compelling the United States Citizenship and Immigration Services ("USCIS") to

21 adjudicate Plaintiff's I-589, Affirmative Asylum Application.  Defendants' response to

22 the complaint is due on December 28, 2020.

23      Plaintiff must be interviewed by asylum officers from USCIS's San Francisco

24 Asylum Office prior to the adjudication of his asylum application.  Normally, such

25 interviews would be conducted at the USCIS Seattle Field Office.  Due to health

26 precautions necessitated by the COVID-19 pandemic, the Asylum Office is currently

27 unable to send staff to the USCIS Seattle Field Office to conduct interviews.  While

28 USCIS has offered to conduct Plaintiff's interview in the San Francisco Asylum Office,

Plaintiff's ability to travel at this time is prevented because of COVID-19.

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY

2  REQUEST, that the Court hold this matter in abeyance for 120 days during which the

3  parties will re-evaluate whether an asylum interview may be conducted in Seattle or

4  Plaintiff may safely travel to the San Francisco Asylum Office.  The parties further

5  request that the Court vacate current deadlines, including Defendants' deadline to

6  respond to the complaint.  The parties shall file a joint status report within 120 days after

7  entry of this Court's order.

8  **SO STIPULATED.**

9  Dated this 11th day of December, 2020.

10  GARY GROTZ LAW FIRM

11  */s/ Grant Manclark*

12  GRANT MANCLARK, WSBA#42710
   107 S Jackson Street, Suite 201

13  Seattle, WA 98144

14  Telephone No. (206) 625-0655
   E-mail: grant@grotzlaw.com

15  *Attorneys for Plaintiff*

16

17  BRIAN T. MORAN

18  United States Attorney

19  */s/ Michelle R. Lambert*

20  MICHELLE R. LAMBERT, NY #4666657
   Assistant United States Attorney

21  United States Attorney's Office
   1201 Pacific Avenue, Suite 1201

22  Tacoma, Washington  98402

23  Phone:  253-428-3824
   Email:  michelle.lambert@usdoj.gov

24  *Attorneys for Defendants*

25

26

27

28

JOIN T STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**<u>ORDER</u>**

The parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 120 days to allow USCIS to schedule Plaintiff's interview when it can be conducted in Seattle or when Plaintiff is able to travel to the San Francisco Asylum Office.  The parties shall file a Joint Status Report with the Court on or before 120 days.  All current deadlines, including Defendants' time to respond to the complaint, are vacated.

DATED this 14th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970