Chief District Judge Ricardo S. Martinez

1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT FOR THE
       WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9

10   EZZEDDIN EZZEDDIN,                        CASE NO.  20-cv-1359-RSM

11                          Plaintiff,         SECOND JOINT STIPULATION AND
                                               ORDER HOLDING CASE IN
12                    v.                        ABEYANCE

13   CHAD WOLF, *et al.*,

14                          Defendants.        Noted for Consideration on:
                                               **April 13, 2021**

15

16                    **JOINT STIPULATION**

17          On September 14, 2020, Plaintiff filed a complaint seeking an order from this Court

18   compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate

19   Plaintiff's I-589, Affirmative Asylum Application.  On December 15, 2020, pursuant to the

20   parties' joint stipulation, the Court ordered this case be held in abeyance for 120 days to allow

21   USCIS to schedule Plaintiff's interview when the interview could be conducted in Seattle or

22   when Plaintiff is able to travel to the San Francisco Asylum Office.  Dkt. No. 8.  The parties file

23   the instant stipulation in compliance with the Court's order.

24          As this Court is aware, Plaintiff must be interviewed by asylum officers from USCIS's

25   San Francisco Asylum Office prior to the adjudication of his asylum application. The Asylum

26   Office has not yet scheduled any interviews at the Seattle Field office; however, Plaintiff is now

27   able to travel to San Francisco.  As a result, Plaintiff is scheduled for an interview at the San

JOINT STIPULATION AND ORDER                          UNITED STATES ATTORNEY
HOLDING CASE IN ABEYANCE                             700 STEWART STREET, SUITE 5220
C20-1359-RSM- 1                                      SEATTLE, WASHINGTON 98101
                                                     (206) 553-7970

1  Francisco Asylum Office on June 2, 2021.  In the interim, USCIS will notify Plaintiff's counsel

2  if its ability to interview Plaintiff at the Seattle Field Office changes.

3      Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY

4  REQUEST, that the Court hold this matter in abeyance for sixty days to allow for Plaintiff's

5  interview with the Asylum Office.  The parties shall file a joint status report within sixty days

6  after entry of this Court's order.

7      **SO STIPULATED.**

8      Dated this 13th day of April, 2021.

9                                      GARY GROTZ LAW FIRM

10                                     */s/ [Grant T. Manclark*
                                       GRANT MANCLARK, WSBA#42710
11                                     107 S Jackson Street, Suite 201
                                       Seattle, WA 98144
12                                     Telephone No. (206) 625-0655
                                       E-mail: grant@grotzlaw.com
13                                     *Attorneys for Plaintiff*

14

15

16                                     TESSA M. GORMAN
                                       Acting United States Attorney
17
                                        */s/ Michelle R. Lambert*
18                                     MICHELLE R. LAMBERT, NY #4666657
                                       Assistant United States Attorney
19                                     United States Attorney's Office
                                       1201 Pacific Avenue, Suite 1201
20                                     Tacoma, Washington  98402
                                       Phone:  253-428-3824
21                                     Email:  michelle.lambert@usdoj.gov
                                       *Attorneys for Defendants*
22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER**

The parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 60 days to allow USCIS to conduct Plaintiff's asylum interview. The parties shall file a Joint Status Report with the Court on or before 60 days. All current deadlines, including Defendants' time to respond to the complaint, are vacated.

DATED this 14th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970