Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EZZEDDIN EZZEDDIN,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHAD WOLF, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO.  20-cv-1359-RSM<br><br>THIRD JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE<br><br>Noted for Consideration on:<br>**June 14, 2021** |

## JOINT STIPULATION

On September 14, 2020, Plaintiff filed a complaint seeking an order from this Court compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-589, Affirmative Asylum Application.  On April 14, 2021, pursuant to the parties' joint stipulation, the Court ordered this case be held in abeyance to allow USCIS to interview Plaintiff at the San Francisco Asylum Office.  Dkt. No. 10.  The parties file the instant stipulation in compliance with the Court's order.

On June 2, 2021, USCIS interviewed Plaintiff at its San Francisco Asylum Office.  Accordingly, USCIS is now in the process of finalizing the adjudication of Plaintiff's I-589 application and intends to have the adjudication completed within the next two weeks.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this matter in abeyance for thirty days to allow for adjudication

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Plaintiff's application.  The parties shall file a joint status report within thirty days after entry of this Court's order.

**SO STIPULATED.**

Dated this 14th day of June, 2021.

                                    GARY GROTZ LAW FIRM

                                    */s/ Grant T. Manclark*
                                    GRANT MANCLARK, WSBA#42719
                                    107 S Jackson Street, Suite 201
                                    Seattle, WA 98144
                                    Telephone No. (206) 625-0655
                                    E-mail: grant@grotzlaw.com
                                    *Attorneys for Plaintiff*


                                    TESSA M. GORMAN
                                    Acting United States Attorney

                                    */s/ Michelle R. Lambert*
                                    MICHELLE R. LAMBERT, NY #4666657
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1201 Pacific Avenue, Suite 1201
                                    Tacoma, Washington  98402
                                    Phone:  253-428-3824
                                    Email:  michelle.lambert@usdoj.gov
                                    *Attorneys for Defendants*

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance for 30 days to allow USCIS to complete adjudication of Plaintiff's application. The parties shall file a Joint Status Report with the Court on or before 30 days. All current deadlines, including Defendants' time to respond to the complaint, are vacated.

DATED this 15th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C20-1359-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970