Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EZZEDDIN EZZEDDIN,<br><br>              Plaintiff,<br><br>    v.<br><br>CHAD WOLF, *et al.*,<br><br>              Defendants. | CASE NO. 20-cv-1359-RSM<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL**<br><br>Noted for Consideration on:<br>**July 15, 2021** |

WHEREAS Plaintiff filed the Complaint on September 14, 2020, requesting the Court to compel Defendant United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-589, Affirmative Asylum Application. Dkt. No. 1.

WHEREAS USCIS issued its determination concerning Plaintiff's I-589 application on July 13, 2021.

WHEREAS the parties agree that Plaintiffs' Complaint should be dismissed without prejudice with each party to bear their own fees and costs.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint is DISMISSED without prejudice with each party to bear their own costs.

JOINT STIPULATION AND ORDER OF DISMISSAL
C20-1359-RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 15th day of July, 2021.

GARY GROTZ LAW FIRM

*/s/ Grant T. Manclark*
GRANT MANCLARK, WSBA#42719
107 S Jackson Street, Suite 201
Seattle, WA 98144
Telephone No. (206) 625-0655
E-mail: grant@grotzlaw.com
*Attorneys for Plaintiff*


TESSA M. GORMAN
Acting United States Attorney

 */s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NY #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

JOINT STIPULATION AND ORDER OF
DISMISSAL
C20-1359-RSM- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated and agreed, the Court hereby ORDERS that the Complaint shall be dismissed without prejudice with each party to bear their own fees and costs.

DATED this 16th day of July, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND PROPOSED ORDER
OF DISMISSAL
C20-1359-RSM- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970